# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

STEPHANIE SMITH,  )    **Summons**
  )  (Issued pursuant to Rule 4 of
  )  the Federal Rules of Civil
  Plaintiff,  )  Procedure or other appropriate
  )  law.)
  )
v.  )
  )  CIVIL ACTION CASE NUMBER:
CITY OF MONTGOMERY  )  2: 06CV59-C
  )
  Defendant.  )

TO DEFENDANT: City of Montgomery, In care of Mayor Bobby Bright,103 North Perry Street, Montgomery, Alabama 36104

You are hereby summoned and required to serve upon plaintiff's attorney(s):

J. Bernard Brannan, Jr.,  P O Box 307 Montgomery, Alabama 36101

a response to the complaint which is herewith served upon you, within __20__ days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: _1·25·06_

SEE REVERSE SIDE FOR RETURN

By: _____

Deputy Clerk

(SEAL OF COURT)

NOTE: A separate summons must be
  prepared for each defendant.

*Debra P. Hackett*
*Clerk*

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

CASE NO. _____

SCANNED
1·25·6

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I

served this summons together with the complaint as follows:

☐    By personal service on the defendant at     _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode.  (Give name and address of person served.)

_____

_____

☐    By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association.  (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.*

_____    _____

       *Date*                *Authorized or Specially Appointed Process Server*

Costs of Service:    Service fee:                       $

                    Expenses: _____ miles @ _____cents   $_____

                                  TOTAL    $