# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 17, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:    Stephanie Smith vs. City of Montgomery
        Civil Action No. 2:06cv0059-CSC

The above-styled case has been  reassigned to Judge Mark E. Fuller.

Please note that the case number is now *2:06cv0059-MEF*. This new case number should be used on all future correspondence and pleadings in this action.