IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE SMITH, )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv0059-MEF |
| ) | |
| CITY OF MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 20, 2006; participants were J. Bernard Brannan, Jr. for the Plaintiff and Kimberly O. Fehl for the Defendant, City of Montgomery.

2. Pre-discovery Disclosures. The parties will exchange by April 16, 2006, the information required by Rule 26.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

   a. All discovery will be commenced in time to be completed by March 16, 2007.

   b. A maximum of 60 interrogatories and requests for production of documents (including subparts) may be served by each party. Responses will be due 30 days after service.

   c. A maximum of 20 requests for admission, other than requests for admissions used to authenticate documents, may be served by each party. Responses will be due 30 days after service.

   d. A maximum of 12 depositions may be taken by Plaintiff and 12 by Defendant, excluding any experts.

Report of Parties' Planning Meeting
Civil Action No. 2:06cv0059-MEF
Page 2

      e.      Subjects of Discovery: the claims and defenses of the parties.

      f.      Each deposition will be limited to eight hours for parties and four hours for non-parties.

      g.      Reports from retained experts under Rule 26(a)(2) are due by Plaintiff on November 1, 2006 and by Defendant on December 1, 2006.

Supplementations under Rule 26(e) will be due 30 days prior to the discovery cutoff.

4.      Other Items.

      a.      The parties do not request a conference with the Court before entry of the scheduling order.

      b.      The parties cannot realistically evaluate settlement of this matter until near the close of discovery.

      c.      At this time, the parties do not wish the matter to be considered for proceeding under the Court's Alternative Dispute Resolution Plan.

      d.      The parties must file all dispositive motions by March 6, 2007.

      e.      The parties request a pretrial conference 30-60 days before trial.

      f.      The parties will be allowed until September 1, 2006 to join additional parties and to amend the pleadings.

      g.      Final lists of witnesses and exhibits under Rule 26(a)(3) will be due from Plaintiff and Defendant 30 days before trial.

      h.      The parties will have ten days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

Report of Parties' Planning Meeting
Civil Action No. 2:06cv0059-MEF
Page 3

      i.      The case should be ready for trial by June 4, 2007 and at this time the trial is expected to take approximately 3 days.

Dated: March 20, 2006

    /s/ J. Bernard Brannan, Jr.
J. BERNARD BRANNAN, JR.  (BRA022)
Attorney for the Plaintiff
Kdarabaris@brannanlaw.com

OF COUNSEL:
THE BRANNAN LAW FIRM, P. C.
602 South Hull Street
Montgomery, Alabama 36104
(334) 264-8118

    /s/ Kimberly O. Fehl
KIMBERLY O. FEHL
Attorney for the Defendant
CITY OF MONTGOMERY
Post Office Box 1111
Montgomery, Alabama 36101-1111
(334) 241-2050
kfehl@ci.montgomery.al.us