IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE SMITH, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NO.:  2:06 CV59-C |
| | * |
| CITY OF MONTGOMERY, | * |
| | * |
| Defendant. | * |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, FRCP, Defendant moves the Court for summary judgment dismissing all claims on the grounds that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law.  In support of said Motion, Defendant relies on the pleadings, sworn testimony and Memorandum of Law with the following evidentiary submissions:

*DX 1, EEOC Charge of Discrimination Number 130-2004-00779*

*DX 2, January 29, 2004 Statement of Respondent to Charge Number 130-2004-00779*

*DX 3, May 19, 2004 Letter from City of Montgomery to EEOC*

*DX 4, July 21, 2004, EEOC Determination Letter*

*DX 5, August 9, 2004 Letter from City of Montgomery to EEOC*

*DX 6, EEOC Letter dated August 21, 2004*

*DX 7, September 22, 2004 Letter from City of Montgomery to EEOC*

*DX 8, Notice of Right to Sue Letter dated October 26, 2005*

*DX 9, Excerpts from Personnel File of Stephanie Smith*

*DX 10, Transcript of Witness Testimony at Personnel Board Hearing, pages 6, 7, 10, 12, 13,*

*15, 16, 35, 36,40, 41, 46, 92, 104, 107, 108, 111, 112, 113, 114, 149, 150, 152, 153 & 167.*

> *DX 11, Memos dated April 24 and April 29, 2003 from Stephanie Smith to Jim Wilder*
>
> *DX 12, Affidavit of Karen Cason*
>
> *DX 13, Certified Copy of Personnel File of Stephanie Smith*

Memorandum of Law in Support of Summary Judgment;

Defendant City of Montgomery submits that Plaintiff's EEOC charge was not timely filed with the EEOC. The alleged act of discrimination occurred on April 23, 2003. The EEOC charge was not filed until November 25, 2003. Therefore Plaintiff's lawsuit is barred by the applicable statute of limitations and for failure to exhaust administrative remedies. In order for the Court to obtain judicial consideration of a [Title VII] claim, a plaintiff must first file an administrative charge with the EEOC within 180 days after the alleged unlawful employment practice occurred." Pijnenburg v. West Ga. Health Sys., Inc., 255 F.3d 1304, 1305 (11th Cir.2001); 42 U.S.C. § 2000e-(5)(e)(1)

Plaintiff has failed to present a prima facie case of discrimination regarding her particular claims. With respect to her termination, Plaintiff received three suspensions before termination rather than the two allowed for other maintenance employees. Plaintiff fails to demonstrate another similarly situated male employee who engaged in the same conduct but was disciplined in a different manner.

Even if the Plaintiff made out a prima facie case of discrimination, Defendant has demonstrated legitimate, non-discriminatory reasons for its decisions and actions. This Court should not sit as a super-personnel department over the decisions of the City of Montgomery. Whether the Court agrees with them or not, the decisions should be upheld by granting summary judgment in favor of the City.

Lastly, Plaintiff has failed to demonstrate that any of the proffered reasons given by the City of Montgomery and its personnel for their actions were pretextual in nature. On that basis as well as the others discussed above, summary judgment in this case is appropriate with respect to all of Plaintiff's claims.

Because Plaintiff's discriminatory discharge claim is premised upon her disparate treatment claim, which she failed to establish, the discriminatory discharge claim is due to be dismissed as a matter of law.

Defendant submits that Plaintiff has failed to present substantial evidence from which fair-minded persons could reasonably infer the existence of facts necessary to prove Plaintiff's case and summary judgment is due to be granted.

Submitted this the 26th day of January, 2007.

/s/Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Attorney for Defendants

OF COUNSEL:
City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL  36101-1111
334.241.2050
FAX 334.241.2310

## **CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a copy of the above and foregoing Motion for Summary Judgment to the parties or attorneys listed below by electronic mail or by placing a copy of same in the United States Mail, postage prepaid, this 26th day of January, 2007:

J. Bernard Brannan, Jr.
The Brannan Law Firm P.C.
602 South Hull Street
Montgomery, Alabama 36104

                                                /s/Kimberly O. Fehl
                                                Of Counsel