# WALTER R. BYARS
CITY ATTORNEY
attorney@ci.montgomery.al.us

KIMBERLY O. FEHL
ASSISTANT CITY ATTORNEY
kfehl@ci.montgomery.al.us

WALLACE D. MILLS
ASSISTANT CITY ATTORNEY
wmills@ci.montgomery.al.us



CALVIN L. WILLIAMS
CITY PROSECUTOR
cwilliams@ci.montgomery.al.us

May 19, 2004

Arthur Sanders
Investigator
Equal Employment Opportunity Commission
Birmingham District Office
1130 22nd Street S., Ste 2000
Ridge Park Place
Birmingham, Alabama 35205

    Re:    *Charging Party:*    *Stephanie Smith*
            *Respondent:*    *City of Montgomery*
            *Charge Number:*    *130-2004-00779*

Dear Mr. Sanders:

    Per our conversation yesterday, I am forwarding a copy of the Personnel Form 5 and information regarding Ms. Smith's last pay check on June 13, 2003.

    Additionally, I reviewed the charge and our response after your call regarding the City's position that Ms. Smith's charge was not timely filed. Ms. Smith states in her charge, "Mr. Sexton on 3 separate occasions, wrote me up and had me suspended. And on April 23, 2003, he wrote me up and recommended that I be dismissed." The City denies that it has discriminated against Ms. Smith on the basis of gender or on any other unlawful basis. However, the City submits that based on Ms. Smith's testimony, this was the date of the last alleged violation and that her charge is time barred.

    Although Ms. Smith contends that the last violation occurred on November 21, 2003 is based on her appeal to the City-County of Montgomery Personnel Board. As we previously discussed, the City-County of Montgomery Personnel Board is a separate and distinct entity from the City. The Board provides due process for employees to appeal decisions made by their appointing authority. In all of Ms. Smith's appellate hearings, it was determined that Ms. Smith had indeed committed the violation with which she was charge and that, based on her employment history of three prior suspensions, the termination of her employment was appropriate. However, the hearings are a review of the dismissal which resulted from the action on April 23, 2003 that Smith basis her claim

DEFENDANT'S
EXHIBIT
3

Letter to Arthur Sanders
Page Two
May 19, 2004

of discrimination.

  The City-County of Montgomery Personnel Board provides an appeal process much like appellate courts do to trial courts however that does not change the date that Ms. Smith alleges that the violation occurred which is April 23, 2003.

  With best regards, I remain

         Sincerely yours,

         Kimberly O. Fehl

KOF/ms

Enclosure

# PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

Department/Division: 5800 Maintenance  Date: 27-May-03

Name of Employee: Stephanie R Smith  Effective Date: 23-May-03

Social Security #: 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  Classification: Labor Foreman I  Job Code: 5040

JUN 04 '03 10:15 RCVD

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

1. Transfer within department ................ ( )
2. Transfer to another department .......... ( )
3. Demotion ........................................... ( )
4. Layoff ............................................... ( )
5. Dismissal .......................................... ( X )
6. Leave without pay .............................. ( )
7. Suspension ....................................... ( )
8. Resignation ....................................... ( )
9. Retirement ........................................ ( )
10. Separation by death ......................... ( )
11. Expiration by Temporary Appointment ( )
12. Return Leave Without Pay ................ ( )
13. Return from Military Leave ................ ( )
14. Change of Name ............................... ( )
15. Change in Salary .............................. ( )
16.

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Class. & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | Pay out as follows: Annual / Sick / Compensatory / TOTAL | 48.8 / 8.4 / 0.4 / 57.6 |
| Other (Item 16) | | |

Funds are available _E. [signature] Disbursing Officer_  Date 6-2-03

Explanation and remarks (Give reason for any action which is not self-explanatory)
Terminated due to Mayor's decision.

(Signed) 1. _Bobby N. Bright_ Appointing Authority  Date _____
2. _[signature]_  Date 27-May-03
3. _Barbara M. Monteza_ Personnel Director  Date JUN 04 2003
4. _____  Date _____

R 300-419
'14/99

```
Employee . . . . . . . :    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  SMITH, STEPHANIE A
Pay period . . . . . . :             12  Gross amount . . . . . . :       749.01
Check number . . . . . :                 Net amount . . . . . . . :       506.92
Check date . . . . . . :        6/13/03  Check amount . . . . . . :

Description         Qty (1)     Amount   Description         Qty (1)       Amount
Hours                                    RETIREMENT GRP I D                  5.48
REGULAR                  80      91.34   Taxes
REGULAR LEAVE W/O       720              FEDERAL WITHOLDING                 75.31
ANN LV PAY OFF W/O      488     557.19   MEDICARE                            9.95
SICK LV PAY OFF W/       84      95.91   FICA TAX                           42.56
SK LV P/O NO PAY -       83              STATE WITHOLDING T                 26.29
COMP LV P/O W/O RE        4       4.57   Benefits
Adjustments                              BC/BS FAMILY                      190.50
HOSPITAL FAMILY                  62.50   MEDICARE                            9.95
DEFERRED COMPENSAT               20.00   RETIREMENT GRP I                    2.37
                                                                          More...
```

Press Enter to continue.

F3=Exit    F12=Cancel    F13=Hours detail    F18=Distribution detail

```
Employee  . . . . . . . :  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   SMITH, STEPHANIE A
Pay period  . . . . . . :           12   Gross amount . . . . . . . :   749.01
Check number  . . . . . :                Net amount . . . . . . . . :   506.92
Check date  . . . . . . :      6/13/03   Check amount . . . . . . . :

Description         Qty (1)     Amount   Description         Qty (1)     Amount
Benefits
FICA TAX                         42.56
Direct Deposits
COMALA CREDIT UNIO              506.92
```

Bottom

Press Enter to continue.

F3=Exit     F12=Cancel     F13=Hours detail     F18=Distribution detail



# CITY ATTORNEY'S OFFICE
# POST OFFICE BOX 1111
# MONTGOMERY, AL 36101-1111
# PHONE: (334) 241-2050
# FAX: (334) 241-2310

TO: Arthur Sanders/EEOC                    FAX #: 205-212-2101
DATE: 19 May 04                            PAGES TO FOLLOW: 5

COMMENTS:

_____

_____

_____

_____

_____

_____


Thanks,
Kimberly O. Fehl
Assistant City Attorney

```
                    TRANSACTION REPORT
                                              MAY-19-2004 WED 12:48 PM

           FOR:   LEGAL OFFICE          3342412310

  SEND(M)

  DATE      START      RECEIVER              PAGES    TIME    NOTE      M#

  MAY-19    12:46 PM   912052122101              6    1'30"   OK        62
```