# WALTER R. BYARS
### CITY ATTORNEY
attorney@ci.montgomery.al.us



**KIMBERLY O. FEHL**
ASSISTANT CITY ATTORNEY
kfehl@ci.montgomery.al.us

**WALLACE D. MILLS**
ASSISTANT CITY ATTORNEY
wmills@ci.montgomery.al.us

**CALVIN L. WILLIAMS**
CITY PROSECUTOR
cwilliams@ci.montgomery.al.us

September 22, 2004

*via facsimile and regular mail*
Arthur Sanders, Investigator
Equal Employment Opportunity Commission
1130 22nd Street S., Ste 2000
Ridge Park Place
Birmingham, Alabama 35205

    *Re:*    *Charging Party:*    *Stephanie Smith*
           *Respondent:*    *City of Montgomery*
           *Charge Number:*    *130-2004-00779*

Dear Mr. Sanders:

    I am sorry we were unable to get with each other however I did call you back and leave a message on your voice mail. As I informed Ms. Kimbrough by letter dated august 9, 2004, the City denies that it has discriminated against Ms. Smith on the basis of gender or on any other unlawful basis.

    We do not feel that we can agree to the conciliation proposal based on your findings. The City still believes that Ms. Smith's claim of alleged discrimination which resulted in her termination is time barred. Ms. Smith's appeal to the City-County of Montgomery Personnel Board did not change the effective date of termination of May 23, 2003. The EEOC charge was filed 186 days after Ms. Smith's effective date of termination was free to file her charge at any time after April 23, 2003. If you have any questions or require additional information, please let me know.

    With best regards, I remain

                        Sincerely yours,

                        Kimberly O. Fehl

KOF/ms

**DEFENDANT'S EXHIBIT 7**

103 NO. PERRY STREET • MONTGOMERY, ALABAMA 36104
POST OFFICE BOX 1111 • MONTGOMERY, AL 36101-1111 • TELEPHONE (334) 241-2050 • FAX (334) 241-2310