

U.S. Department of Justice

Civil Rights Division

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530*
*www.usdoj.gov/crt/emp/emphome.html*

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

BJS:WBF:mdw
DJ 170-2-110
   170-2-111

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

OCT 2 6 2005

Stephanie Smith
c/o J. Bernard Brannan, Jr., Esq.
The Brannan Law Firm, P.C.
Post Office Box 307
Montgomery, AL 36101

    Re: Stephanie Smith v. City of Montgomery/Montgomery City-County
        Personnel Board, EEOC Nos. 130-2004-00800, 130-2004-00779

Dear Ms. Smith:

    Because you filed the above charges with the Equal Employment Opportunity Commission, and conciliation on those charges has failed, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq., against the above-named respondent.
    If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.
    We are returning the EEOC files pertaining to your charges to the District Office of the EEOC, located at the following address: Equal Employment Opportunity Commission, 1130 22nd St., South, Birmingham, AL 35205.
    This notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charges are meritorious.

                              Sincerely,

                              Bradley J. Schlozman
                              Acting Assistant Attorney General
                              Civil Rights Division

                    By:

                              William B. Fenton
                              Deputy Chief
                       Employment Litigation Section

cc: Kimberly O. Fehl, Esq.
    City of Montgomery/Montgomery City-County Personnel Board

    EEOC District Office



DEFENDANT'S EXHIBIT 8