1          IN THE CITY/COUNTY PERSONNEL BOARD

2              FOR MONTGOMERY, ALABAMA

3

4

5

6   IN RE THE MATTER OF:

7

8              STEPHANIE R. SMITH,

9

10

11                          **ORIGINAL**

12

13

14              *        *        *

15          TESTIMONY & PROCEEDINGS, taken before the

16   City/County Personnel Board, Montgomery, Alabama,

17   before Jeana S. Boggs, Certified Court Reporter and

18   Notary Public for the State of Alabama, commencing

19   at approximately 5:00 p.m., Monday, November 10th,

20   2003.

21

22

23

DEFENDANT'S
EXHIBIT
10

```
 1                    APPEARANCES

 2   BOARD MEMBERS:

 3           MR. ED CROWELL

 4           MS. BENITA FROEMMING

 5           MR. CURTIS JONES

 6   FOR THE CITY OF MONTGOMERY:

 7           HONORABLE KIMBERLY FEHL

 8           City Attorney

 9           City of Montgomery

10           P. O. Box 1111

11           Montgomery, Alabama   36101-1111

12           334.269.0890

13   FOR MS. SMITH:

14           HONORABLE J. BERNARD BRANNON

15           Attorney At Law

16           602 South Hull Street

17           Montgomery, Alabama   36104

18           334.264.8118

19

20

21

22

23
```

```
1

2

3   CITY OF MONTGOMERY

4   WITNESSES          DE    CE    RDE   RCE   FDE   FCE

5   Billie Sexton      6     20    34    35

6   James D. Wilder    42    51    62    63

7   Larry Armstead     66    75    82    84    86    86

8   Roderick Chambers  89    94    101

9

10  MRS. SMITH'S

11  WITNESSES

12  James D. Wilder    102

13  Joe Orr            103   107

14  Mark Singleton     109   116   120   123

15  Robert Shuford     125   127

16  Danny Smith        128   134   136

17  Stephanie Smith    137   149   157   160   162   164

18

19

20

21

22

23
```

```
 1                    burden is on the City.

 2              THE CLERK:  Who is your first witness.

 3              MR. CROWELL:  Billy Sexton.

 4              THE CLERK:  Mr. Wilder, I believe, will

 5                    stay.  He represents the City

 6                    Everybody else, who is going to

 7                    testify, needs to go.

 8                    *         *         *

 9                    BILLIE SEXTON,

10    of lawful age, having been first duly sworn, was

11    examined and testified as follows:

12

13                    DIRECT EXAMINATION

14    BY MS. FEHL:

15    Q    Could you please state your name, please.

16    A    Billie Sexton.

17    Q    Mr. Sexton, what is your title?

18    A    Street construction supervisor.

19    Q    And as a street construction supervisor,

20         could you give us a brief job description?

21    A    Yes, ma'am.  I oversee all the ditches, the

22         drainage ditches, drain pipes, inlet boxes,

23         and, you know, clean the gutter lines.
```

**Boggs Reporting & Video Services**
**334.264.6227/800.397.5590  www.boggsreporters.com**

```
 1        going out there and waking her up."

 2             MR. BRANNON:  I don't have any further

 3                questions.

 4                  *        *         *

 5                   JAMES D. WILDER,

 6   of lawful age, having been previously  duly

 7   sworn, was examined and testified as follows:

 8

 9                 DIRECT EXAMINATION

10   BY MS. FEHL:

11   Q    Can you state your name for the Board,

12        please?

13   A    James D Wilder.

14   Q    And your title and job description?

15   A    My title is maintenance director.  I am the

16        head of the Maintenance Department for the

17        City of Montgomery.

18   Q    Okay.  And how many people do you supervise

19        in that position?

20   A    Approximately 325 right now.

21   Q    Okay.  You were involved in a personnel

22        hearing in May -- April or May of 2003

23        regarding Stephanie Smith; is that correct?
```

```
 1        discrimination, wouldn't it?

 2   A    One could deem it that way.  Yes, sir.

 3   Q    I don't have any further questions.

 4                  REDIRECT EXAMINATION

 5   BY MS. FEHL:

 6   Q    Do you recall Mrs. Smith raising that issue

 7        in the hearing?

 8   A    No, ma'am.

 9             MS. FEHL:  Nothing else.

10             MR. CROWELL:  May this witness be

11                  dismissed?

12             MS. FEHL:  Yes.

13             MR. BRANNON:  Yes.

14                  *       *       *

15             RODERICK JEROME CHAMBERS,

16   of lawful age, having been previously duly sworn,

17   was examined and testified as follows:

18

19                  DIRECT EXAMINATION

20   BY MS. FEHL:

21   Q    Mr. Chambers, could you state your full name

22        to the Board, please.

23   A    Roderick Jerome Chambers.
```

```
 1                        MARK SINGLETON,

 2   of lawful age, having been previously duly sworn,

 3   was examined and testified as follows:

 4

 5                      DIRECT EXAMINATION

 6   BY MR. BRANNON:

 7   Q    If you would, state your name for us,

 8        please.

 9   A    Mark Singleton.

10   Q    Mr. Singleton, how are you employed?

11   A    City of Montgomery.

12   Q    What's your job?

13   A    Operator, fill up at night.

14   Q    How long have you been employed by the City

15        of Montgomery?

16   A    Five years.

17   Q    How long have you been in the position, the

18        job you're in right now?

19   A    Going on three months.

20   Q    And before you got this job, what was your

21        job?

22   A    Concrete.

23   Q    Was there a time when you were a laborer on
```

```
 1   A    Yes.

 2   Q    In her truck?

 3   A    Yes.

 4            MR. BRANNON:  Thank you.  No further

 5                questions.

 6            MS. FEHL:  No.

 7            MR. BRANNON:  We would call Stephanie

 8                Smith.

 9                  *      *      *

10                STEPHANIE SMITH,

11   of lawful age, having been previously duly sworn,

12   was examined and testified as follows:

13

14                DIRECT EXAMINATION

15   BY MR. BRANNON:

16   Q    State your name for the Board, please,

17        ma'am.

18   A    Stephanie Smith.

19   Q    Mrs. Smith, how long were you employed with

20        the City of Montgomery until they filed this

21        termination?

22   A    Approximately nine years.

23   Q    And during that time, of those nine years,
```

```
1                    burden is on the City.
2              THE CLERK:  Who is your first witness.
3              MR. CROWELL:  Billy Sexton.
4              THE CLERK:  Mr. Wilder, I believe, will
5                    stay.  He represents the City
6                    Everybody else, who is going to
7                    testify, needs to go.
8                       *       *       *
9                    BILLIE SEXTON,
10   of lawful age, having been first duly sworn, was
11   examined and testified as follows:
12
13                    DIRECT EXAMINATION
14   BY MS. FEHL:
15   Q    Could you please state your name, please.
16   A    Billie Sexton.
17   Q    Mr. Sexton, what is your title?
18   A    Street construction supervisor.
19   Q    And as a street construction supervisor,
20        could you give us a brief job description?
21   A    Yes, ma'am.  I oversee all the ditches, the
22        drainage ditches, drain pipes, inlet boxes,
23        and, you know, clean the gutter lines.
```

**Boggs Reporting & Video Services**
**334.264.6227/800.397.5590  www.boggsreporters.com**

```
 1   Q    Okay.  How many people do you supervise?

 2   A    48.

 3   Q    Okay.  Can you break those 48 down into

 4        crews for me?

 5   A    Yes, ma'am.  I have five ditch crews,

 6        two inlet crews, one pipe crew, and one blow

 7        truck crew.

 8   Q    Okay.  And --

 9   A    Wait a minute -- and two brick mason crews.

10   Q    Two brick mason crews?

11   A    Yes, ma'am.

12   Q    All right.  And what type of crew was

13        Stephanie Smith on?

14   A    She is on what they call a debris pickup

15        crew.  They go around, you know, after the

16        workmen cut the ditches and cut the grass in

17        the ditches and have to rake it up.  They

18        can't let it go down in the ditch because it

19        stops the ditches up.  They rake it up and

20        pile it up on the street and sweeper -- they

21        come by and pick it up.

22   Q    What was her job title?

23   A    She is a labor foreman one.
```

```
 1        do it.
 2   Q    Okay.  So, do you require them to let you
 3        know when they are through with it?
 4   A    No, ma'am.
 5   Q    Okay.  You just keep in touch with them?
 6   A    Yes, ma'am.
 7   Q    All right.  So, do you more than not require
 8        them to come in at 7:00 and at 12:30?
 9   A    No, ma'am.  They have got to come in at 7:00
10        in the morning time.
11   Q    Okay.  And do they normally get their jobs
12        for the whole day?
13   A    No, ma'am.  It could be -- you know, it just
14        depends on how much we have got to pick up.
15        It just depends on what they -- you know,
16        how much they have got done the day before
17        that.  This crew's a cut -- And then when
18        they come in at dinner time, they are
19        supposed to see me.
20   Q    Okay.  How long have you been Mrs. Smith's
21        supervisor?
22   A    Since February of '99.
23   Q    Okay.  Can you tell the Board what happened
```

```
 1        was that a member of her crew?
 2   A    Yes, ma'am.
 3   Q    Okay.  And he told you he was going to wake
 4        her up?
 5   A    Yes, ma'am.
 6   Q    Okay.  What did you write her up for?
 7   A    For being too late getting out on -- for
 8        coming -- taking too long a lunch hour.
 9   Q    Okay.  And did you also write her up for
10        sleeping on the job?
11   A    Yes, ma'am.
12   Q    Okay.  Did she have a prior history of
13        sleeping on the job?
14   A    Yes, ma'am.
15   Q    Okay.  Have you disciplined Mrs. Smith
16        before?
17   A    Yes, ma'am.
18   Q    Has she been written up before?
19   A    Yes, ma'am.
20   Q    Has she been suspended before?
21   A    Yes, ma'am.
22   Q    Okay.  Do you recall how many times she's
23        been suspended?
```

```
 1   A    I think three times.

 2   Q    Okay.  So this would have been her fourth?

 3   A    Fourth time.  Yes, ma'am.

 4   Q    To be suspended or terminated?

 5   A    Yes, ma'am.

 6   Q    Do you normally suspend, or do you ever

 7        recommend suspension for four or five times?

 8   A    No, ma'am.  It's the third time and we are

 9        supposed to be dismissed.

10   Q    Okay.  So you said this would have been her

11        fourth time?

12   A    Yes, ma'am.

13   Q    Did you recommend termination on her third

14        time?

15   A    Yes, ma'am.

16   Q    Okay.  Is that consistent with how you

17        supervise your other employees?

18   A    Yes, ma'am.

19   Q    Okay.  Was she terminated on the third time?

20   A    No, ma'am.

21   Q    Do you recall when that was?

22   A    I can't -- November -- I can't remember the

23        exact date.
```

```
 1              should not have to go get her.

 2     Q    Have you written her up before for being

 3           negligent in her supervisory position or as

 4           a leader?

 5     A    Yes, ma'am.

 6     Q    Okay.  So, she has received discipline for

 7           that before?

 8     A    Yes, ma'am.

 9     Q    Are there any other incidents of sleeping

10           that she has -- that you have found her

11           sleeping on the job or something and didn't

12           write her up?

13     A    Yes, ma'am.

14     Q    Have you documented every single time that

15           you ever --

16     A    No, ma'am.

17     Q    -- counseled her or seen her sleeping or

18           written her up?

19     A    No, ma'am.

20     Q    Not written her up, but have you documented

21           or written her up?

22     A    No, ma'am.

23     Q    Okay.  So, you are telling the Board that
```

```
 1           there are times that she's done it and you

 2           just verbally told her not to do it?

 3    A      Yes, ma'am.  I took pictures of her

 4           sleeping, and after I took the pictures and

 5           her and me seen the pictures -- you know, I

 6           was a friend of Stephanie's, and I knew she

 7           was having some family problems and I didn't

 8           want to do nothing to her.  So I woke her up

 9           and said, "Stephanie, I am going to give you

10           these pictures back because I don't want it

11           to get you in trouble."  So I gave her the

12           pictures back.

13    Q      So did you --

14    A      I didn't say nothing else about it.

15    Q      You didn't write her up or do a discipline?

16    A      No, ma'am.

17    Q      So, that's not one of the times it would

18           have been where she received these three

19           suspensions?

20    A      No, ma'am.

21    Q      Okay.  Did you follow Stephanie around --

22    A      No, ma'am.

23    Q      -- and try to find her asleep in the car?
```

```
 1        her ready to go to work?

 2   A    Yes, ma'am.

 3   Q    Who is your supervisor?

 4   A    Danny Faulkner.

 5   Q    Okay.  And who is his supervisor?

 6   A    Tom Provitt.

 7   Q    And who is his supervisor?

 8   A    Mr. Wilder.

 9   Q    Do any of you-all -- Are all of you-all

10        required to wake them up before the other

11        supervisor comes in or to wake them up to

12        get them to get their job duties or anything

13        like that?  Is that part of your job

14        description?

15   A    No, ma'am.  No, ma'am.

16   Q    Do you think that as a supervisor or as a

17        crew leader that you are held to a higher

18        standard than somebody on your crew?

19   A    Yes, ma'am.

20            MS. FEHL:  Nothing else.

21                RECROSS-EXAMINATION

22   BY MR. BRANNON:

23   Q    Mr. Sexton, if she had something to do for
```

```
 1        the whole day that day, she wouldn't have to
 2        come back to your office, would she?
 3   A    They come in at lunch time just about every
 4        day.  I mean, they always come in at lunch
 5        time to eat lunch.
 6   Q    Well, but they don't have to go see you if
 7        they have got something else to do?
 8   A    Yes, sir -- no, sir.  But they don't need to
 9        be asleep in the truck.
10   Q    Well, but I think you testified earlier that
11        she is not the only driver that goes to
12        sleep in their truck on the lunch break?
13   A    I haven't seen nobody else sleeping in their
14        truck on their lunch break.  They all come
15        into the bull room to eat dinner.
16   Q    Well, in the bull room, there's all the men
17        in there, isn't it?
18   A    Right.
19   Q    There is not any other women in the bull
20        room?
21   A    Sometimes we've got one other lady working
22        for us.  She might be in there.
23   Q    But sometimes?
```

```
 1   A   No, I don't have a problem with that.

 2   Q   Do you often go over a foreman and give

 3       instructions to their employees over the

 4       foreman?

 5   A   Sometimes, yeah.

 6   Q   Is that something you often do?

 7   A   Yes, sir.  Sometimes I do.

 8   Q   Okay.  And is it your testimony, then, that

 9       you had her crew sit there in the bull room

10       for fifteen minutes?

11   A   No.  It isn't like that.  At 12:35 they were

12       already late leaving the lot.  He asked me

13       where -- I asked him, "Where -- why ain't

14       you-all at work."  He said, "Because

15       Stephanie is out in the truck."  I said,

16       "How come she don't come get you-all."

17   Q   You mean the man told you, "I am not gone

18       because Stephanie is out in the truck," and

19       he is still sitting in the bull room?

20   A   Yeah.  Stephanie should come in and get him.

21       That's her job.

22   Q   Well, do you know her ever coming in and

23       getting them?
```

```
 1   A   I can't -- you know, I don't know.
 2   Q   So it's your testimony that you walk in and
 3       there is an employee --
 4   A   If she's not asleep, yes, she comes in and
 5       gets them.
 6   Q   Well, let me ask you this:  You're
 7       testifying that you come in the bull room
 8       and there is an employee sitting there that
 9       you know is supposed to be gone on a truck.
10       Am I right so far?
11   A   Yeah.  I'm asking him why ain't he gone.
12   Q   Okay.  And you asked him why ain't he gone.
13   A   Uh-huh (positive response.)
14   Q   And he says, "because Stephanie is out there
15       asleep in the truck."
16   A   Yes.
17   Q   And he is not telling you he hadn't gone out
18       there?
19   A   No.
20   Q   And you say, "Well, you just sit right here"
21       --
22   A   I don't know whether he went out there or
23       not.  But I told him, I said, "You are not
```

```
 1        work site by 7:40 a.m. and leaving her

 2        assigned work area without permission and

 3        taking an excessively long lunch break.

 4   Q    Okay.  Do you recall the hearing in November

 5        of 2002?

 6   A    Yes, I do.  You are speaking of the hearing

 7        -- the Mayor's hearing?

 8   Q    The Mayor's hearing, right.

 9   A    Yes, I do.

10   Q    Right.  Did you recommend termination at

11        that point?

12   A    Yes, I did.

13   Q    Okay.  And do you recall what happened at

14        the Mayor's hearing?

15   A    Well, specifically the action that came --

16        developed out of it was a 30-day suspension

17        rather than a dismissal.

18   Q    Do you normally have three suspensions for

19        an employee?

20   A    Not typically, no.  We have a graduated

21        disciplinary system within the City, and

22        normally after two suspensions, the third

23        disciplinary action would be dismissal.
```

```
 1            tell the Board what happened to you on April
 2            23rd.
 3     A      Mr. Sexton came out there and told me to go
 4            to Sherman Pipe.  Told me to tell Stephanie
 5            to go to Sherman Pipe Company to pick up
 6            some order he had done ordered.  So, when
 7            12:30 got there, I had forgot what he said
 8            so I went back into the office and asked him
 9            exactly what did he want us to go and get.
10            So, by the time -- that's when he asked me
11            where Mrs. Smith was.  And I told him she
12            was out there in the truck.  He asked me was
13            she sleeping, and I told him I didn't know,
14            I hadn't been out there yet.  By that time
15            he said, "Well, just wait until 12:30 and
16            see if she comes into the office."  She
17            never did come.  Probably, like, something
18            to one before she even got out of the truck.
19     Q      Okay.  Did you-all usually get job
20            assignments at 12:30 from Mr. Sexton?
21     A      Just whenever something -- after 12:30
22            somebody be done got a call or whatever to
23            go and do something, yes.
```

1    A    Yes, sir.

2    Q    Have you ever heard Billie Sexton state that

3         if he ever got rid of Stephanie he would

4         never hire another woman or never have

5         another working for him?

6    A    Maybe the first way you started to word it:

7         He would never hire another woman.

8    Q    Okay.  But you heard him make that

9         statement?

10   A    Yes, sir.  I wasn't the only one.  But, you

11        know, that was in a general crowd.

12   Q    In fact, James Ivey was there at that same

13        time on one of those occasions, wasn't he?

14   A    Sir, you know, there were several there.  I

15        couldn't tell you.

16   Q    You just know that there were several people

17        that heard that?

18   A    It was in maintenance supervisor's office

19        area.

20   Q    Okay.  Have you ever seen any of the

21        supervisors in there sleeping in their

22        offices?

23   A    Now, I'll answer this like this:  I can't

**Boggs Reporting & Video Services**
334.264.6227/800.397.5590  www.boggsreporters.com

```
 1        when there wasn't some kind of disaster the

 2        night before or some reason he would have

 3        been up all night?

 4    A   Well, I don't know what he does at night and

 5        when he comes in and works extra, you know,

 6        has to be called in.

 7    Q   And my question is I guess:  Are these

 8        instances times other than maybe when

 9        Hurricane Opal came through or something

10        like that?

11    A   Well, yes, sir.

12            MR. BRANNON:  No further questions.

13                    CROSS-EXAMINATION

14    BY MS. FEHL:

15    Q   Mr. Orr, do you know all the times that

16        Mr. Sexton comes in at night?

17    A   No, ma'am.

18    Q   Okay.  Have you ever seen Mr. Sexton miss a

19        phone call or a radio call or miss his name

20        called when he had his eyes closed?

21    A   No, ma'am.

22    Q   Okay.  And you said that -- when Mr. Brannon

23        asked you about getting rid of Mrs. Smith,
```

```
 1        you said that what you heard him say was he
 2        would never hire another woman?
 3   A    Yes, ma'am, the best I remember.
 4   Q    Do you remember him saying he wanted to get
 5        rid of Mrs. Smith?
 6   A    No.  Not that he wanted to get rid of Mrs.
 7        Smith, no.
 8   Q    He just said he would never hire another
 9        woman?
10   A    You know, he would never hire another woman,
11        yes.
12   Q    So, there may be a time besides Hurricane
13        Opal that comes through that Mr. Sexton may
14        be called in and you might not know about
15        it?
16   A    I know he gets called in a good bit, or used
17        to anyway.
18             MS. FEHL:  Okay.  That's all.  I don't
19                  have anything further.
20             MR. BRANNON:  No further questions.  He
21                  can be dismissed.  I call Mark
22                  Singleton.
23                      *       *       *
```

```
 1            having him on that truck and asked to have

 2            him put on another truck?

 3   A    Yes, sir.

 4   Q    Did you ever complain about being on the

 5            truck with him?

 6   A    Only once.

 7   Q    And what was your complaint about?

 8   A    My driver, being unaware of what she was

 9            doing sometimes.

10   Q    Okay.  When Roderick Chambers -- did he ever

11            tell you that he was going to get that

12            truck?

13   A    No, sir.

14   Q    Okay.  Are there other employees down there

15            that might sleep in the bull room on their

16            lunch break?

17   A    Yes, sir.

18   Q    Are there employees or other foremen that

19            might stay in their trucks during lunch from

20            time to time and sleep in the trucks?

21   A    Not foremen, laborers.

22   Q    Did the foremen all go in the bull room?

23   A    No, sir.
```

1    Q    Where do they go?  Where do they get to go

2         for lunch?

3    A    They either go somewhere for lunch or either

4         come to the bull room for lunch.

5    Q    So, they either leave the lot to go to lunch

6         --

7    A    Yes, sir.

8    Q    -- or they come to the bull room?

9    A    Yes, sir.

10   Q    Are there any other women in the bull room?

11   A    No, sir.

12   Q    And did Stephanie Smith ever complain to you

13        that she wasn't going in the bull room; she

14        didn't like hanging around the bull room?

15   A    Yes, sir.

16   Q    And is the language like the language when a

17        lot of men are around in the bull room?

18   A    Yes, sir.

19   Q    Is it not the kind of place that a woman

20        would want to be hanging out?

21   A    Not really.

22   Q    Okay.  And was there ever an occasion when

23        Mr. Sexton told you not to go back to the

```
 1        truck?

 2   A    Yes, sir.

 3   Q    And did you -- and was that before your

 4        lunch break was up?

 5   A    Yes, sir.

 6   Q    He told you not to go back to the truck?

 7   A    Yes, sir.

 8   Q    Did you go over to the office where Danny

 9        Smith was when he told you that?

10   A    Yes, sir.

11   Q    And what was your reason for doing that?

12   A    To let Danny know to call Stephanie or

13        either wake Stephanie up somehow or another

14        because I wasn't allowed to.

15   Q    He wasn't letting you go back to the truck

16        when 12:30 hit?

17   A    Right.

18   Q    And did he come to get you when you went

19        over there to that office?

20   A    Yes, sir.

21   Q    Who did you actually talk to over there?

22   A    The guy that works with her husband.

23   Q    Is it Lieutenant Kenny?
```

```
 1   A    Kenny.  Yes, sir.

 2   Q    He is a lieutenant with the Police

 3        Department?

 4   A    Yes, sir.

 5   Q    And had you already talked to him when

 6        Sexton came in there and told you to leave?

 7   A    When Billie called me back to go back to the

 8        bull room, yes, sir, I had done spoke to

 9        him.

10   Q    Okay.  And what ended up happening at that

11        time as far as Stephanie?  Did she get out

12        of the truck and come in, or what happened?

13   A    At that time, I think Billie Sexton and Tom

14        Provitt woke her up that day.

15   Q    And was that before 12:30?

16   A    No, sir.  It was after 12:30.

17   Q    And would the normal thing that you would do

18        every day when you-all came back to the lot,

19        is you would go in the bull room, she would

20        stay in the truck, and then you were told to

21        come out at 12:30 and you-all would leave?

22   A    Yes, sir.

23   Q    Okay.  And were you told -- Are you aware of
```

```
 1   A    Yes, sir.

 2   Q    Okay.  And so, she is the one that you made

 3        known what the problem was and what that

 4        evidence was?

 5   A    Yes, sir.

 6   Q    Okay.  Have you ever heard Mr. Sexton deny

 7        having said that?

 8   A    He has denied it.  Yes, sir.

 9   Q    But he came in here today and admitted it,

10        didn't he?

11   A    Yes, sir.

12             MR. BRANNON:  Thank you.  I have no

13                  further questions.

14                  CROSS-EXAMINATION

15   BY MS. FEHL:

16   Q    Why didn't you go to Mr. Wilder with your

17        complaints about being treated differently

18        because you were a woman?

19   A    I was given a job, and until I am confronted

20        with it, I did it to the best of my ability.

21   Q    Okay.  You said that you went to Mr. Wilder

22        about putting Mr. Chambers back on the

23        truck; is that correct?
```

```
 1   A    Yes, I did.

 2   Q    But you didn't go to Mr. Wilder and tell him

 3        that Mr. Sexton was treating you differently

 4        because you were a woman?

 5   A    No, I didn't.

 6   Q    You didn't say anything about that until

 7        your hearing in May, did you?

 8   A    That's correct.

 9   Q    Did you go back to Mr. Wilder after

10        Mr. Sexton put Mr. Chambers back on your

11        truck and confront him and see why he let

12        him put him on there?

13   A    No, I did not.

14   Q    Do you have a second job?  Did you have a

15        second job at that point?

16   A    No, I did not.

17   Q    Did you have a second job at any point while

18        you were working in Maintenance?

19   A    No, I did not.

20   Q    So you only -- but you were selling

21        vegetables and stuff and bringing them in

22        for people?

23   A    Yes, I was.
```

| | | |
|---|---|---|
| 1 | Q | Is there anything other than this that was |
| 2 | | brought up in your hearing for termination? |
| 3 | A | No, ma'am. |
| 4 | Q | Okay.  When did you start in Maintenance? |
| 5 | A | I would have to look back at my record.  I |
| 6 | | am not sure. |
| 7 | Q | You said that Mr. -- |
| 8 | A | In Maintenance I started working at the |
| 9 | | cemetery under Ellis Garner. |
| 10 | Q | Okay.  Do you remember what year that was? |
| 11 | A | Not specifically, no.  '99? |
| 12 | Q | Where did you work prior to that? |
| 13 | A | West Building Material. |
| 14 | Q | Okay.  You've got disciplinaries in here on |
| 15 | | the past record considered from 1996 to |
| 16 | | 1998? |
| 17 | A | Well, then my dates are way off.  I'm sorry. |
| 18 | Q | Okay.  Was Mr. Sexton your supervisor in |
| 19 | | 1996? |
| 20 | A | What was my date of hire on there? |
| 21 | Q | I am looking at your past record. |
| 22 | A | No.  Donald Thomas. |
| 23 | Q | Okay.  And where were you when Donald Thomas |

**Boggs Reporting & Video Services**
334.264.6227/800.397.5590  www.boggsreporters.com

| | | |
|---|---|---|
| 1 | | was your supervisor? |
| 2 | A | Driving a small dump truck. |
| 3 | Q | Was that in Maintenance? |
| 4 | A | Maintenance. |
| 5 | Q | Okay.  And he was your supervisor in 1996? |
| 6 | A | Yes, ma'am. |
| 7 | Q | Okay.  Is he the one that wrote you up for |
| 8 | | exceeding your lunch break? |
| 9 | A | Yes, ma'am. |
| 10 | Q | Okay.  And he decided that your break starts |
| 11 | | at 12:00 to 12:30 because you had other |
| 12 | | circumstances that could not be taken care |
| 13 | | of any other time during the day? |
| 14 | A | Yes, ma'am. |
| 15 | Q | And then you were written up in June 19, |
| 16 | | 1998; is that correct? |
| 17 | A | Yes, ma'am. |
| 18 | Q | Okay.  Do you remember who your supervisor |
| 19 | | was then? |
| 20 | A | Donny Brantley. |
| 21 | Q | Okay.  And that was for not being at your |
| 22 | | assigned work site at 7:40 a.m.; is that |
| 23 | | correct? |

```
 1        to mean?

 2   A    To tell the two men under my control what to

 3        do.

 4   Q    And they are under your control; is that

 5        correct?

 6   A    Hypothetically.  Yes, ma'am.

 7   Q    If something -- you were told to get a job

 8        done or something done and it wasn't done,

 9        would Mr. Sexton or Mr. Wilder go to the two

10        men on your crew or would they come to you

11        and hold you responsible for it?

12   A    They would come to me.

13   Q    Okay.  Are you denying that there were times

14        that you might have been caught sleeping in

15        your truck that you were not disciplined

16        for?

17   A    No, ma'am.

18            MS. FEHL:  Okay.  No further questions.

19            FURTHER DIRECT EXAMINATION

20   BY MR. BRANNON:

21   Q    Did either Mr. Wilder or Mr. Sexton ever

22        come to you and complain that you weren't

23        getting your job done?
```

**Boggs Reporting & Video Services**
334.264.6227/800.397.5590  www.boggsreporters.com