IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SMITH, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 2:06 CV59-C |
| CITY OF MONTGOMERY, | * | |
| Defendant. | * | |

### AFFIDAVIT OF KAREN B. CASON

Before me, the undersigned authority, personally appeared Karen B. Cason, who is known to me and who, being first duly sworn, deposed on oath, and says as follows:

My name is Karen B. Cason. I am over nineteen years of age. I am currently employed as the Assistant Director of the City/County of Montgomery Personnel Department. It is in that capacity that I state the following:

The Montgomery City/County Personnel Department is a separate entity from the City of Montgomery and serves as the personnel department for the City of Montgomery (City), the County of Montgomery, the Montgomery Airport Authority and the Montgomery Housing Authority.

Stephanie Smith was employed as a temporary laborer by the City on May 27, 1994. She was upgraded to Equipment Operator effective November 4, 1994. She was promoted to Labor Foreman I effective July 26, 1996.

Stephanie Smith requested a hearing before Montgomery City/County Personnel Board regarding her termination by the City of Montgomery. The Personnel Board heard

1



DEFENDANT'S EXHIBIT 12

her appeal on November 10, 2003. On November 12, 2003, the Personnel Board advised Smith's attorney that they upheld the City of Montgomery's decision to terminate the employment of Smith.

I have read the above and foregoing affidavit consisting of two (2) pages and state that it is true and correct to my present knowledge and information.

*Karen B. Cason*
Karen B. Cason
Affiant

**SWORN TO AND SUBSCRIBED** before me this 24th day of January, 2007.

*Linda O. Ward*
Notary Public

(SEAL)

My Commission Expires 8-10-2009

2