# EXHIBIT 2

# LETTER OF REPRIMAND

| | |
|---|---|
| EMPLOYEE: STEPHANIE SMITH | POSITION: LABOR FOREMAN I |
| SUPERVISOR: BILLY SEXTON | DEPT: MAINTENANCE |

DATE OF REPRIMAND: APRIL 23, 2003

REASON FOR REPRIMAND: (Description of performance or conduct - give specific facts, background information, dates and times)
You were reprimanded on the above date by your immediate supervisor, Mr. Billy Sexton, Street Construction Supervisor, in the presence of Miss Gail Gipson, Maintenance Superintendent, for sleeping on the job and for taking a long lunch break on April 23, 2003. Your lunch break should be taken from 12:00 noon to 12:30 p.m., which is only 30 minutes. At approximately 12:44 p.m., Mr. Sexton found you asleep in your dump truck at the City Lot. You are a Labor Foreman I and you should be setting a good example for the service maintenance workers that are assigned to you. Instead, you have shown poor leadership. By committing this act, you have violated Section I, Rule 10 of the Maintenance Department Policy Manual as follows: "Lunch breaks will not exceed thirty (30) minutes. Normally lunch will be taken from 12:00 noon to 12:30 p.m.; however, as workload requires, lunch may be taken any time during the day."

Employee's response: You told Mr. Sexton that you were not getting any sleep at night and that he finally had gotten what he wanted. You said you have two employees that would be willing to testify in court that they heard Mr. Sexton say once he gets rid of you, he will never hire another female.

If corrective action is required please specify the nature of the action to be taken by the employee and the consequences of further infractions: Due to the above infraction and considering your past record of three suspensions, a recommendation for your dismissal will be made to Mr. James D. Wilder, Maintenance Director.

_[signature: Billy Sexton]_
Supervisor

April 23, 2003
Date

My signature indicates that the above matters were discussed with me and that I received a copy of this form.

_[signature: Stephanie Smith]_
Employee Signature

28th Day of April, 2003
(Month  Day  Year)

This will certify that _____ was offered a copy of this form but refused to sign the Letter of Reprimand.

_____
Supervisor Signature

ATTACH ADDITIONAL SHEETS AS REQUIRED

EXHIBIT 2