# EXHIBIT 3

# PERSONNEL DEPARTMENT
## RECOMMENDATION FOR PERSONNEL ACTION

| | | | |
|---|---|---|---|
| Department/Division | 5800 Maintenance | Date | 27-May-03 |
| Name of Employee | Stephanie R Smith | Effective Date | 23-May-03 |
| Social Security # | 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 | Classification Labor Foreman I | Job Code 5040 |

JUN04'03 10:15 RCVD

Item 2 requires the signature of both department heads.
Items 2, 3, 4, 5, 6, 15 require approval of Personnel Director before action is official. Items 3, 4, 5, 7 must have copy of letter to employee attached. Item 8 should have copy of letter of resignation.

1. Transfer within department ................... ( )
2. Transfer to another department ............. ( )
3. Demotion ............................................ ( )
4. Layoff ................................................. ( )
5. Dismissal ............................................ ( X )
6. Leave without pay ............................... ( )
7. Suspension ........................................ ( )
8. Resignation ........................................ ( )
9. Retirement ......................................... ( )
10. Separation by death ........................... ( )
11. Expiration by Temporary Appointment... ( )
12. Return Leave Without Pay................... ( )
13. Return from Military Leave................... ( )
14. Change of Name ................................ ( )
15. Change in Salary ................................ ( )
16. 

| ITEMS AFFECTED BY ACTION | FROM | TO |
|---|---|---|
| Department (Items 1 & 2) | | |
| Class. & Salary (Items 1, 2, 3) | | |
| Dates (Items 6 & 7) | | |
| Name (Item 14) | | |
| Amount (Item 15) | Pay out as follows: Annual / Sick / Compensatory / TOTAL | 48.8 / 8.4 / 0.4 / 57.6 |
| Other (Item 16) | | |

Funds are available _[signature]_ Disbursing Officer   Date 6-2-03

Explanation and remarks (Give reason for any action which is not self-explanatory)
Terminated due to Mayor's decision.

(Signed) 1. _Bobby N. Bright_ Appointing Authority   Date JUN - 3 2003
2. _[signature]_   Date 27-May-03
3. _Barbara M. Montoya_ Personnel Director   Date JUN 04 2003
4. ___   Date ___

PER 300-419
4/14/99

EXHIBIT 3