# EXHIBIT 4

# MEMORANDUM

TO: James D. Wilder
Maintenance Department Director

FROM: Larry Armstead
Executive Assistant to the Mayor

DATE: May 23, 2003

RE: TERMINATION OF STEPHANIE SMITH

It is the Mayor's decision to terminate Stephanie Smith for reasons stated in your recommendation dated May 8, 2003. Please prepare the necessary personnel forms and forward to this office for approval. Further insure that all of the City personnel rules are followed.

APPROVED:

_____
Bobby N. Bright
Mayor

5/23/03

LA/wsf

EXHIBIT
4