# EXHIBIT 5

Each Probate Judge, Sheriff, and the Clerk and Register of the Circuit Court is required by law to preserve this slip or pamphlet in a book kept in his office until the Act is published in permanent form.

2

Act No. 608                                      H. 1301—Holmes, Wyatt, Lewis

## ALABAMA LAW
(Regular Session, 1975)

### AN ACT

To amend Act 618 of the Regular Session of 1973 to provide further concerning the powers and duties of the mayor.

*It Enacted by the Legislature of Alabama.:*

Section 1. Article 4.06 of Act 618 of the Regular Session 1973 is amended to read as follows:

4.06 Powers and duties. The mayor shall be the head of the administrative branch of the city government. He shall sit with the council nor shall he have a vote in its proceedings and he shall have the power and duties herein conferred. He shall be responsible for the proper administration of all affairs of the city and, subject to the provisions of any civil service or merit system law applicable to said city and except otherwise provided herein, he shall have power and shall be required to:

1.) Enforce all laws and ordinances;

2.) Appoint, with the advice and consent of the council, department heads as provided in this act. Unless a majority of the council present and voting shall approve of said appointment; the appointment shall not be effective and shall be null and void. When it is necessary for the good of the service the mayor shall have the authority to remove officers and employees of the city subject to the provisions of the merit system that might be in force at that time. The mayor shall have the power to appoint or remove officers and employees

a.) Any library board of the city;

b.) Any board of the city having control over any park, recreation facility, fair or exhibit;

c.) Any municipally-owned public utility, including electric, gas and water systems, while such utility is operating under a board constituted by law or required by the terms of any indenture, mortgage or deed of trust providing for employment by other authority;

d.) Any school board of the city;

e.) Any planning board or zoning board of the city;

3. Exercise administrative supervision and control over all departments created by this act or by law or hereafter created by the council except those enumerated in items (a) to (e) inclusive of paragraph (2) of this section and except those otherwise given independent status under this act.

4.) Keep the council fully advised as to the financial conditions and needs of the city; prepare and submit the budget annually to the council and be responsible for its administration after its adoption; prepare and submit, as of the end of the fiscal year, a complete report on the financial and administrative activities of the city for such year.

5.) Recommend to the council such actions as he may deem desirable.

6.) Prepare and submit to the council such reports as may be required of him.

7.) Perform such other duties as may be prescribed by this act.

8.) Fix the salaries or compensations of all officers and employees of the city who are appointable by him, subject to the approval of the council, and to the provisions of any civil service or merit law applicable to the city.

Section 2. This act shall become effective upon its passage and approval by the Governor, or upon its otherwise becoming a law.

Approved October 1, 1975
Time: 4:40 P.M.

I hereby certify that the foregoing copy of an Act of the Legislature of Alabama has been compared with the enrolled Act and it is a true and correct copy thereof.

Given under my hand this 15th day of October, 1975.

JOHN W. PEMBERTON
Clerk of the House

EXHIBIT 5