# EXHIBIT
# 6

```
 1              IN THE CITY/COUNTY PERSONNEL BOARD

 2                   FOR MONTGOMERY, ALABAMA

 3

 4

 5

 6   IN RE THE MATTER OF:

 7

 8                   STEPHANIE R. SMITH,

 9

10

11                                      ORIGINAL

12

13

14              *        *        *

15          TESTIMONY & PROCEEDINGS, taken before the

16   City/County Personnel Board, Montgomery, Alabama,

17   before Jeana S. Boggs, Certified Court Reporter and

18   Notary Public for the State of Alabama, commencing

19   at approximately 5:00 p.m., Monday, November 10th,

20   2003.

21

22                                   EXHIBIT

23                                      6
```

**Boggs Reporting & Video Services**
**334.264.6227/800.397.5590  www.boggsreporters.com**

```
 1                    APPEARANCES

 2   BOARD MEMBERS:

 3           MR. ED CROWELL

 4           MS. BENITA FROEMMING

 5           MR. CURTIS JONES

 6   FOR THE CITY OF MONTGOMERY:

 7           HONORABLE KIMBERLY FEHL

 8           City Attorney

 9           City of Montgomery

10           P. O. Box 1111

11           Montgomery, Alabama  36101-1111

12           334.269.0890

13   FOR MS. SMITH:

14           HONORABLE J. BERNARD BRANNON

15           Attorney At Law

16           602 South Hull Street

17           Montgomery, Alabama  36104

18           334.264.8118

19

20

21

22

23
```

CITY OF MONTGOMERY

| WITNESSES | DE | CE | RDE | RCE | FDE | FCE |
|---|---|---|---|---|---|---|
| Billie Sexton | 6 | 20 | 34 | 35 | | |
| James D. Wilder | 42 | 51 | 62 | 63 | | |
| Larry Armstead | 66 | 75 | 82 | 84 | 86 | 86 |
| Roderick Chambers | 89 | 94 | 101 | | | |

MRS. SMITH'S

| WITNESSES | | | | | | |
|---|---|---|---|---|---|---|
| James D. Wilder | 102 | | | | | |
| Joe Orr | 103 | 107 | | | | |
| Mark Singleton | 109 | 116 | 120 | 123 | | |
| Robert Shuford | 125 | 127 | | | | |
| Danny Smith | 128 | 134 | 136 | | | |
| Stephanie Smith | 137 | 149 | 157 | 160 | 162 | 164 |

1   Q    Okay.  How many people do you supervise?

2   A    48.

3   Q    Okay.  Can you break those 48 down into

4        crews for me?

5   A    Yes, ma'am.  I have five ditch crews,

6        two inlet crews, one pipe crew, and one blow

7        truck crew.

8   Q    Okay.  And --

9   A    Wait a minute -- and two brick mason crews.

10  Q    Two brick mason crews?

11  A    Yes, ma'am.

12  Q    All right.  And what type of crew was

13       Stephanie Smith on?

14  A    She is on what they call a debris pickup

15       crew.  They go around, you know, after the

16       workmen cut the ditches and cut the grass in

17       the ditches and have to rake it up.  They

18       can't let it go down in the ditch because it

19       stops the ditches up.  They rake it up and

20       pile it up on the street and sweeper -- they

21       come by and pick it up.

22  Q    What was her job title?

23  A    She is a labor foreman one.

```
 1   BY MR. BRANNON:
 2   Q    Mr. Sexton, is there any policy that
 3        prevents a driver from sleeping in a truck
 4        on their lunch break?
 5   A    No, sir.
 6   Q    In fact, if I were to go down to the city
 7        lot between 12:00 and 12:30 --
 8   A    Yes, sir.
 9   Q    -- I might see 25 of them sleeping in
10        trucks, right?
11   A    Yes, sir.
12   Q    And what happened in this case is you told
13        some folks before this that if you ever got
14        rid of Stephanie you would never have
15        another woman working for you?  May have
16        been in anger but you told someone that.
17   A    I didn't say Stephanie.  No, I did not say
18        that.
19   Q    If you ever got rid of her, you would never
20        have another woman working for you?
21   A    I said if I had another woman, I wouldn't
22        have one working for me.
23   Q    Okay.  And so, we've got 25 or 30 of them
```

```
 1        slipping out there sleeping in trucks?
 2   A    No, sir.
 3   Q    Well, fifteen of them?
 4   A    No, sir.
 5   Q    Well, you just answered my question a minute
 6        ago.  And you said that if I went down there
 7        between 12:00 and 12:30 I might find a
 8        number of them sleeping?
 9   A    I was wrong.  You won't see a number of them
10        sleeping.  No, sir.
11   Q    Well, have any of your other foremen been
12        asleep between 12:00 and 12:30?
13   A    Yes, sir.
14   Q    And have you ever told their crew not to go
15        back out to their truck?
16   A    They wouldn't be in the truck asleep.
17   Q    Well, maybe I misunderstood what you just
18        said.
19   A    Some of them come to the bull room to eat.
20        I mean, if they eat their dinner in the bull
21        room, they may sit there and go to sleep but
22        at 12:30 they are out the door.
23   Q    Well, plenty of them come in that bull room
```

```
 1        personnel record and the form that you used?
 2   A    Well, this is not a complete personnel
 3        record but this is a copy of -- I am
 4        assuming everything is here.
 5   Q    The documents that go to the past record --
 6   A    The documentation for the dismissal, yes.
 7        That appears to be the complete
 8        documentation.
 9   Q    Okay.  Let me ask you this:  I am not sure
10        if you are aware of these.  Are you familiar
11        with William Taylor or Tavares Ellis?
12   A    The names don't ring a bell.  I'm not sure
13        in reference to what.
14            MS. FEHL:  I don't have anything
15                further for him.
16                CROSS-EXAMINATION
17   BY MR. BRANNON:
18   Q    Mr. Wilder, is there anything at all wrong
19        with a foreman sleeping in the truck on
20        their lunch hour?
21   A    No.  Not per sè, no.  Not if they have --
22        and I will qualify that by saying that no
23        foreman who has been told by -- has not been
```

```
 1                     further questions.
 2                  REDIRECT EXAMINATION
 3    BY MS. FEHL:
 4    Q    Mr. Wilder, just so we are not missing the
 5         point, I believe you testified that -- you
 6         are not saying that people can't sleep on
 7         their lunch hour?
 8    A    That's correct.
 9    Q    Okay.  She was disciplined and terminated
10         for not doing her job?
11    A    That's right.  And for disobeying a direct
12         order of the Mayor's assistant.
13    Q    Okay.  Was that the first instance based on
14         her records you've got in front of you of
15         disciplinary action?
16    A    No, ma'am.
17    Q    So, if comparing Mrs. Smith's record with
18         somebody that's caught the first time
19         sleeping on the job, does that compare
20         apples and apples?
21    A    No.
22    Q    Okay.  I mean, was this recommendation for
23         termination based on that sole incident?
```

```
 1   A    That her sleeping on -- during -- after her

 2        lunch break was the strongest charge that we

 3        had.  And it would have gone right back

 4        before Mr. Armstead and he would have known

 5        exactly what he told her.

 6   Q    Were you aware that Mr. Sexton had been

 7        making statements back there in his office

 8        that if he ever got rid of Stephanie that he

 9        would never hire another woman?

10   A    No, I was not aware of it until she brought

11        it up after this incident.

12   Q    And -- but you were made aware of it before

13        you sent paperwork to the Mayor recommending

14        her termination?

15   A    I am not sure.

16   Q    Did you ever make any investigation to talk

17        to any employees to find out if he had made

18        those statements?

19   A    Yes, I did.

20   Q    And did anybody tell you that he had?

21   A    Not -- maybe not precisely the statement.

22        Yes, a statement of that nature.

23   Q    He wouldn't have another woman?
```

```
1    A    Yes, sir.

2    Q    Thank you, sir.

3              MS. FEHL:  I need to keep him here for

4                    a minute for rebuttal.  I think

5                    there's something that may be

6                    misrepresented here and I have

7                    left a file out of my car.  If you

8                    want me to go forward or go back

9                    out there and get it and keep him

10                   here for rebuttal or whatever you

11                   want to do.

12             MR. CROWELL:  We will recess for five

13                   minutes.

14             MS. FEHL:  Okay.  I just want to make

15                   sure.

16                   (At which time, a recess was

17                    taken.)

18             MS. FEHL:  I don't have anything

19                   further of this witness.  Larry

20                   Armstead is our next witness.

21                   *      *      *

22

23
```

77

| | | |
|---|---|---|
| 1 | | back to work -- coming back to the work |
| 2 | | site.  I told her she couldn't sleep on the |
| 3 | | job anymore. |
| 4 | Q | So, in this hearing, you also told her that |
| 5 | | she couldn't sleep on her lunch break? |
| 6 | A | No, sir.  I did not tell her that.  I told |
| 7 | | her that her lunch was hers to do whatever |
| 8 | | she wanted to do with it.  However, if she |
| 9 | | chose to go to sleep on her lunch hour, then |
| 10 | | slept into her coming back to work, she's |
| 11 | | sleeping on duty and that's what was going |
| 12 | | on. |
| 13 | Q | So, you didn't tell her -- You didn't give |
| 14 | | her instructions that she couldn't sleep on |
| 15 | | her lunch break? |
| 16 | A | I told her she couldn't sleep on duty. |
| 17 | Q | She would be off duty -- If her lunch break |
| 18 | | started at 12 noon, she'd be off duty until |
| 19 | | 12:30. |
| 20 | A | That's correct. |
| 21 | Q | And then if she slept -- What you told her |
| 22 | | was if she slept past that, she couldn't do |
| 23 | | that? |

```
 1    A    She would have a problem.

 2    Q    Is there a problem with a supervisor giving

 3         instructions to their crew to have a certain

 4         time to come back to the truck?

 5    A    Certain time after lunch?

 6    Q    The end of lunch.  Is there any problem with

 7         a supervisor saying "okay," to the crew,

 8         "Want you-all back at that truck at 12:30"?

 9    A    No, sir.  If that falls within their break

10         time or lunch time, no, sir.

11    Q    And would there be -- Did you find any fault

12         with a higher-up supervisor going over this

13         foreman's head and telling the crew, "Don't

14         go back at 12:30;" is there a problem with

15         that?

16    A    I am not quite understanding what you are

17         saying.

18    Q    Okay.  Let me see if I can paint the picture

19         for you.

20    A    Okay.

21    Q    Let's say that the foreman tells her two

22         crew members, "You be back at the truck at

23         12:30.  That's the end of the lunch break."
```

```
 1                     from what I was given by the City
 2                     as far as the packet of
 3                     termination.  I think it may be in
 4                     what's been introduced here, is
 5                     it, Kim?
 6          MS. FEHL:  It should be.
 7    Q    So, it's in with what's been introduced as
 8         being what was in front of you?
 9    A    Yes.
10    Q    So, you just didn't see -- and I'm going to
11         introduce this as our Exhibit 5.  I don't
12         have any other copy.  But you just didn't
13         see that because if you had you would have
14         investigated the fact that a supervisor was
15         making a statement like that, wouldn't you?
16    A    Yes, sir.
17    Q    You would view that in your position as
18         being sexual discrimination, would you not?
19    A    I think it would be an inappropriate
20         statement for a person, a supervisor, to
21         make about an employee.  Yes, sir.
22    Q    Okay.  And the reason it would be
23         inappropriate is because it would be sexual
```

```
 1        discrimination, wouldn't it?

 2   A    One could deem it that way.  Yes, sir.

 3   Q    I don't have any further questions.

 4                 REDIRECT EXAMINATION

 5   BY MS. FEHL:

 6   Q    Do you recall Mrs. Smith raising that issue

 7        in the hearing?

 8   A    No, ma'am.

 9           MS. FEHL:  Nothing else.

10           MR. CROWELL:  May this witness be

11              dismissed?

12           MS. FEHL:  Yes.

13           MR. BRANNON:  Yes.

14                 *        *        *

15           RODERICK JEROME CHAMBERS,

16   of lawful age, having been previously duly sworn,

17   was examined and testified as follows:

18

19                 DIRECT EXAMINATION

20   BY MS. FEHL:

21   Q    Mr. Chambers, could you state your full name

22        to the Board, please.

23   A    Roderick Jerome Chambers.
```

```
 1   Q    Okay.  And, Mr. Chambers, what is your
 2        title?
 3   A    I am a laborer, I guess.  I just take the
 4        trucks out when the foreman or someone stays
 5        out.
 6   Q    Okay.  So, you are a laborer.  Do you
 7        rotate?
 8   A    Just whenever somebody be absent and they
 9        need a driver.
10   Q    What kind of trucks?
11   A    Dump trucks.
12   Q    Okay.  Is there one -- more than one crew
13        that has a dump truck?
14   A    Yes, ma'am.
15   Q    Okay.  What are some of the crews that you
16        drive for?
17   A    I drive for concrete, pipe truck, pipe crew,
18        and sidewalk.
19   Q    Okay.  Were you on Mrs. Smith's crew?
20   A    Yes, ma'am.
21   Q    Are you driving her truck now?
22   A    Yes, ma'am.
23   Q    Okay.  Have you filled the position of labor
```

```
 1        tell the Board what happened to you on April

 2        23rd.

 3   A    Mr. Sexton came out there and told me to go

 4        to Sherman Pipe.  Told me to tell Stephanie

 5        to go to Sherman Pipe Company to pick up

 6        some order he had done ordered.  So, when

 7        12:30 got there, I had forgot what he said

 8        so I went back into the office and asked him

 9        exactly what did he want us to go and get.

10        So, by the time -- that's when he asked me

11        where Mrs. Smith was.  And I told him she

12        was out there in the truck.  He asked me was

13        she sleeping, and I told him I didn't know,

14        I hadn't been out there yet.  By that time

15        he said, "Well, just wait until 12:30 and

16        see if she comes into the office."  She

17        never did come.  Probably, like, something

18        to one before she even got out of the truck.

19   Q    Okay.  Did you-all usually get job

20        assignments at 12:30 from Mr. Sexton?

21   A    Just whenever something -- after 12:30

22        somebody be done got a call or whatever to

23        go and do something, yes.
```

```
1   A    No, ma'am.
2              MS. FEHL:  I don't have anything else
3              for him.
4                   CROSS-EXAMINATION
5   BY MR. BRANNON:
6   Q    Mr. Chambers, you've been charged with
7        sleeping on the job, haven't you?
8   A    Yes, sir.
9   Q    And do you ever sleep between driving from
10       one place to another?
11  A    No, sir.
12  Q    So you've never -- you've never closed your
13       eyes to sleep while she is driving and
14       you're riding?
15  A    No.  Not just dozing off.
16  Q    Now, right now you are driving that truck,
17       aren't you?
18  A    Yes, sir.
19  Q    And you are looking to get that position,
20       aren't you?
21  A    No, sir.  I am not only driving that truck.
22  Q    And your testimony was that Mr. Sexton told
23       you to tell Stephanie to go out to the pipe
```

95

```
 1        company and pick up some pipe?
 2   A    Inlet pipe.
 3   Q    And then you forgot what he told you?
 4   A    Yes, sir.  Because I was talking at the
 5        time.
 6   Q    So, you went back to talk to him to ask him
 7        what he had told you to do?
 8   A    Yes, sir.
 9   Q    Okay.  And when you did, he said, "Where is
10        Stephanie?"
11   A    Yes, sir.
12   Q    And you said, "She is in the truck?"
13   A    In the truck.
14   Q    And then he said, "Well, let's wait until
15        12:30 and see if she comes in here."
16   A    Yes, sir.
17   Q    Is that right?
18   A    Yes, sir.
19   Q    So, all this was going on during your lunch
20        break, wasn't it?
21   A    Yes, sir.
22   Q    Because your lunch break is between 12:00
23        and 12:30.  Now, did Mr. Sexton ever go out
```

| | | |
|---|---|---|
| 1 | Q | Now, you said that Mark had gone out and |
| 2 | | awakened her before? |
| 3 | A | Yes, sir. |
| 4 | Q | Would that be at the end of the lunch break? |
| 5 | A | When we walk out into the truck and open the |
| 6 | | door up, by the time we get to the truck she |
| 7 | | will still be stretched out across asleep. |
| 8 | | When we open the door up, that's when she |
| 9 | | gets up. |
| 10 | Q | And then you-all drive on off? |
| 11 | A | Yes, sir. |
| 12 | Q | And why do you say it was Mark instead of |
| 13 | | you?  He would just be the first one to the |
| 14 | | truck? |
| 15 | A | I would be right behind Mark.  He had get in |
| 16 | | the middle so he opened the door first.  He |
| 17 | | gets in the middle and I get on the outside. |
| 18 | Q | And this would be normally at 12:30? |
| 19 | A | Yes, sir. |
| 20 | Q | And you-all would be in the break room, in |
| 21 | | the bull room, until 12:30? |
| 22 | A | Yes, sir. |
| 23 | Q | And then the normal procedure would be, you |

1       other foremen?

2   A   No.

3           MS. FEHL:  That's it.  I have no

4               further questions.  I don't have

5               any further witnesses.

6           MR. BRANNON:  May we have a short break

7               before we --

8                   (At which time, a recess was

9                   taken).

10          MR. BRANNON:  Since Mr. Wilder is going

11              to leave in April, I need to call

12              him for one or two more questions.

13                  *       *       *

14              JAMES D. WILDER,

15  of lawful age, having been previously duly sworn,

16  was examined and testified as follows:

17

18              DIRECT EXAMINATION

19  BY MR. BRANNON:

20  Q   Mr. Wilder, outside of the charges that have

21      been brought against Mrs. Smith, what kind

22      of job did she do for you when she was there

23      working that truck?

1    A    She did a good job.  She is a hard worker.

2         MR. BRANNON:  No further questions.  I

3         call Joe Orr.

4              *       *       *

5                   JOE ORR,

6    of lawful age, having been previously duly sworn,

7    was examined and testified as follows:

8

9              DIRECT EXAMINATION

10   BY MR. BRANNON:

11   Q    If you would state your name, please, sir.

12   A    Joe Orr.

13   Q    And how are you employed?

14   A    City of Montgomery Maintenance Department.

15   Q    And what's your job down there?

16   A    Construction operator.

17   Q    And I know you may have left and come back,

18        but how many years have you worked for the

19        City?

20   A    Five years this past July.

21   Q    Okay.  And are you down there in and out of

22        the maintenance building itself, in your

23        job, in where the offices are?

104

```
1    A    Yes, sir.

2    Q    Have you ever heard Billie Sexton state that

3         if he ever got rid of Stephanie he would

4         never hire another woman or never have

5         another working for him?

6    A    Maybe the first way you started to word it:

7         He would never hire another woman.

8    Q    Okay.  But you heard him make that

9         statement?

10   A    Yes, sir.  I wasn't the only one.  But, you

11        know, that was in a general crowd.

12   Q    In fact, James Ivey was there at that same

13        time on one of those occasions, wasn't he?

14   A    Sir, you know, there were several there.  I

15        couldn't tell you.

16   Q    You just know that there were several people

17        that heard that?

18   A    It was in maintenance supervisor's office

19        area.

20   Q    Okay.  Have you ever seen any of the

21        supervisors in there sleeping in their

22        offices?

23   A    Now, I'll answer this like this:  I can't
```

```
 1        you said that what you heard him say was he

 2        would never hire another woman?

 3   A    Yes, ma'am, the best I remember.

 4   Q    Do you remember him saying he wanted to get

 5        rid of Mrs. Smith?

 6   A    No.  Not that he wanted to get rid of Mrs.

 7        Smith, no.

 8   Q    He just said he would never hire another

 9        woman?

10   A    You know, he would never hire another woman,

11        yes.

12   Q    So, there may be a time besides Hurricane

13        Opal that comes through that Mr. Sexton may

14        be called in and you might not know about

15        it?

16   A    I know he gets called in a good bit, or used

17        to anyway.

18            MS. FEHL:  Okay.  That's all.  I don't

19              have anything further.

20            MR. BRANNON:  No further questions.  He

21              can be dismissed.  I call Mark

22              Singleton.

23                  *      *      *
```

111

```
 1        having him on that truck and asked to have

 2        him put on another truck?

 3   A    Yes, sir.

 4   Q    Did you ever complain about being on the

 5        truck with him?

 6   A    Only once.

 7   Q    And what was your complaint about?

 8   A    My driver, being unaware of what she was

 9        doing sometimes.

10   Q    Okay.  When Roderick Chambers -- did he ever

11        tell you that he was going to get that

12        truck?

13   A    No, sir.

14   Q    Okay.  Are there other employees down there

15        that might sleep in the bull room on their

16        lunch break?

17   A    Yes, sir.

18   Q    Are there employees or other foremen that

19        might stay in their trucks during lunch from

20        time to time and sleep in the trucks?

21   A    Not foremen, laborers.

22   Q    Did the foremen all go in the bull room?

23   A    No, sir.
```

```
 1   Q    Where do they go?  Where do they get to go
 2        for lunch?
 3   A    They either go somewhere for lunch or either
 4        come to the bull room for lunch.
 5   Q    So, they either leave the lot to go to lunch
 6        --
 7   A    Yes, sir.
 8   Q    -- or they come to the bull room?
 9   A    Yes, sir.
10   Q    Are there any other women in the bull room?
11   A    No, sir.
12   Q    And did Stephanie Smith ever complain to you
13        that she wasn't going in the bull room; she
14        didn't like hanging around the bull room?
15   A    Yes, sir.
16   Q    And is the language like the language when a
17        lot of men are around in the bull room?
18   A    Yes, sir.
19   Q    Is it not the kind of place that a woman
20        would want to be hanging out?
21   A    Not really.
22   Q    Okay.  And was there ever an occasion when
23        Mr. Sexton told you not to go back to the
```

113

```
 1        truck?
 2    A   Yes, sir.
 3    Q   And did you -- and was that before your
 4        lunch break was up?
 5    A   Yes, sir.
 6    Q   He told you not to go back to the truck?
 7    A   Yes, sir.
 8    Q   Did you go over to the office where Danny
 9        Smith was when he told you that?
10    A   Yes, sir.
11    Q   And what was your reason for doing that?
12    A   To let Danny know to call Stephanie or
13        either wake Stephanie up somehow or another
14        because I wasn't allowed to.
15    Q   He wasn't letting you go back to the truck
16        when 12:30 hit?
17    A   Right.
18    Q   And did he come to get you when you went
19        over there to that office?
20    A   Yes, sir.
21    Q   Who did you actually talk to over there?
22    A   The guy that works with her husband.
23    Q   Is it Lieutenant Kenny?
```

```
 1    A     Kenny.  Yes, sir.

 2    Q     He is a lieutenant with the Police

 3          Department?

 4    A     Yes, sir.

 5    Q     And had you already talked to him when

 6          Sexton came in there and told you to leave?

 7    A     When Billie called me back to go back to the

 8          bull room, yes, sir, I had done spoke to

 9          him.

10    Q     Okay.  And what ended up happening at that

11          time as far as Stephanie?  Did she get out

12          of the truck and come in, or what happened?

13    A     At that time, I think Billie Sexton and Tom

14          Provitt woke her up that day.

15    Q     And was that before 12:30?

16    A     No, sir.  It was after 12:30.

17    Q     And would the normal thing that you would do

18          every day when you-all came back to the lot,

19          is you would go in the bull room, she would

20          stay in the truck, and then you were told to

21          come out at 12:30 and you-all would leave?

22    A     Yes, sir.

23    Q     Okay.  And were you told -- Are you aware of
```

142

```
1          problems with your daughter?
2     A    I believe so.  Yes, sir.
3     Q    And what kind of problems did you have with
4          your daughter?
5     A    She has been diagnosed with ADD, ADHD,
6          borderline schizo-typical behavior, and
7          trichotillomania.
8     Q    What is trichotillomania?
9     A    She pulls her hair out.
10    Q    And has she -- During that time and even
11         today, is she prone to just get up in the
12         night, and have you had to get up with her
13         and get her back down and such?
14    A    Yes, sir.
15    Q    At some point in time, did Mr. Wilder tell
16         you that there was not a problem with you
17         sleeping on your lunch break?
18    A    Yes, sir.
19    Q    Had you ever understood it to be a problem
20         if you were on your lunch break, on the City
21         lot, staying in your truck instead of going
22         in the bull room?
23    A    No.
```

1   Q    Why would you not go to the bull room?

2   A    It's loud.

3   Q    What about the language in there?  You

4        complained about that?

5   A    Yes, sir.  The language does get a little

6        vulgar.

7   Q    What would you tell your crew when you would

8        get to the City lot?  What were your

9        standing instructions with them when you-all

10       would go back from 12:00 to 12:30?

11  A    At 12:30, you were to come back out to the

12       truck.  Lunch is over.

13  Q    Okay.  And would they normally do that?

14  A    Yes, sir.

15  Q    And on the normal occasions when they would

16       come out to the truck at 12:30, what would

17       you-all do?

18  A    I would -- If I did not have anything else

19       on my agenda for the day, I would try to

20       find Mr. Sexton.  And if I had a full sheet

21       from that morning, I would go on about the

22       rest of the jobs to do.

23  Q    Would it be normal if the men got there at

144

```
1        exactly 12:30, would you be back on the job
2        at 12:30 going to Mr. Sexton to get what you
3        need?
4    A   Yes, sir.
5    Q   Was there any requirement that you go get
6        those things from him before your lunch
7        break was over?
8    A   No, sir.
9    Q   Were you ever aware of anybody else that
10       Mr. Sexton recommended to be terminated for
11       being five minutes late?
12   A   No, sir.
13   Q   Were you aware of other foremen that stayed
14       in their trucks from time to time and would
15       sleep in their trucks?
16   A   Yes, sir.
17   Q   Waiting for their crew to come back?
18   A   Yes, sir.
19   Q   On April the 23rd of 2003, would you have
20       been late for lunch or taken an excessive
21       lunch break if your crew had done what you
22       had told them to do?
23   A   No, sir.
```