IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR -5 P 1: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| STEPHANIE SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:06cv0059-MEF |
| CITY OF MONTGOMERY, | ) |
| Defendant. | ) |

### PLAINTIFF'S NOTICE TO COURT OF OUTCOME OF FACE-TO-FACE SETTLEMENT CONFERENCE

COMES NOW the Plaintiff in the above styled cause, by and through her undersigned counsel of record, and informs this Honorable Court that the parties conducted a face-to-face settlement conference. The parties were unable to reach any agreement and it is not likely the parties would benefit from Mediation.

Respectfully submitted on this the 5th day of March, 2007.

J. BERNARD BRANNAN, JR. (BRA022)
Attorney for the Plaintiff

OF COUNSEL:
THE BRANNAN LAW FIRM, P. C.
602 South Hull Street
Montgomery, Alabama 36104
(334) 264-8118

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record, by hand delivery on this the 5th day of March, 2007:

Kimberly O. Fehl
City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, Alabama 36101-1111

_____
OF COUNSEL