IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-059-MEF-CSC |
| ) | (WO-Not for Publication) |
| CITY OF MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant City of Montgomery and against Plaintiff Stephanie Smith, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED in favor of Defendant City of Montgomery and against Plaintiff Stephanie Smith for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 30th day of April, 2007.

                                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE